1110

No. 99–830. STENBERG, ATTORNEY GENERAL OF NEBRASKA, ET AL. *v.* CARHART. C. A. 8th Cir. Motion of New Jersey Legislature et al. for leave to file a brief as *amici curiae* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, February 28, 2000. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 29, 2000. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 17, 2000. This Court's Rule 29.2 does not apply.

JANUARY 18, 2000

No. 99–475. TORRES ET AL. *v.* SABLAN ET AL. Affirmed on appeal from D. C. Northern Mariana Islands.

No. 98–821. TENNESSEE BOARD OF REGENTS ET AL. *v.* COGER ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kimel* v. *Florida Bd. of Regents, ante,* p. 62.

No. 98–1117. ILLINOIS STATE UNIVERSITY ET AL. *v.* VARNER ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kimel* v. *Florida Bd. of Regents, ante,* p. 62.

No. 98–1178. BOARD OF REGENTS OF THE UNIVERSITY OF NEW MEXICO *v.* MIGNEAULT ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kimel* v. *Florida Bd. of Regents, ante,* p. 62.

No. 98–1524. BOARD OF TRUSTEES OF THE UNIVERSITY OF CONNECTICUT ET AL. *v.* DAVIS ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kimel* v. *Florida Bd. of Regents, ante,* p. 62.